# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

January 31, 2012

No. 11-60253
Summary Calendar

Lyle W. Cayce
Clerk

CAROLINA GOMEZ-RODRIGUEZ,

Petitioner

v.

ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

Respondent

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A088 926 980

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM:[*]

Carolina Gomez-Rodriguez, a native and citizen of Colombia, petitions this court for review of an order from the Board of Immigration Appeals (BIA) denying her application for asylum and withholding of removal. She alleged in her application that she warranted relief because she had been abused by a Colombian police colonel whom she had been dating. The immigration judge (IJ) found Gomez-Rodriguez to be credible, but held that she was not entitled to relief because she was not a member of a protected group, her incident with the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

colonel did not qualify as past persecution, she could have remained safely in Colombia at her family farm, and she had failed to show that she had a well-founded fear of future persecution. The BIA agreed with the IJ's findings and dismissed the appeal.

In her petition for review, Gomez-Rodriguez argues that she met the requisite criteria and should have been granted asylum. This court will uphold the determination to deny asylum unless the petitioner shows that the action was arbitrary, capricious, or an abuse of discretion. *Jukic v. INS*, 40 F.3d 747, 749 (5th Cir. 1994). Because the record supports the BIA's decision, Gomez-Rodriguez has failed to make such a showing.

Accordingly, her petition for review is DENIED.